

ORIGINAL   SEALED   FILED-USDC-NDTX-DA '24 DEC 3 PM 12:50 KMB

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | 3-24CR-537-K |
| v. | Criminal No. |
| LARRY SIMMONS | **Filed under seal** |

### INDICTMENT

The Grand Jury charges:

Introduction and Scheme and Artifice to Defraud

At all times material to this Indictment:

1.     **Larry Simmons** had no position of employment or as an officer acting under the authority of or in any department, agency or office of the United States.

2.     The victim, herein further identified by the initials, M.G., is a resident of Garland, Texas.

3.     From in or around April 13, 2023 to in or around May 4, 2023, **Simmons** and coconspirators, both known and unknown to the Grand Jury, engaged in a scheme and artifice to defraud and deceive M.G., with false statements including: that M.G. failed to comply with a federal subpoena to appear as a court witness; that as a result of M.G.'s failure to appear she had to pay a civil fine or go to jail; that M.G. had to pay for a court-ordered signature analysis test; that after paying the requested amounts M.G. was told she paid using the wrong method or paid an unauthorized person and needed to pay the amounts again as well as additional fees and fines for the mistake; that she had

violated a "gag order" regarding the fine and now had additional fines to pay; that M.G. had too much background noise on her phone call thus violating court orders and had to pay additional fines; and that M.G. was required to do phone "check-ins" on a near daily basis requiring her to text a "court officer" on demand as well as informing the officer when she had woken for the day and was going to bed at night.

4.      In furtherance of the scheme, **Simmons** and coconspirators, both known and unknown to the Grand Jury, convinced M.G. that if she did not comply with **Simmons's** directives regarding the alleged federal civil fine, including paying the fine as well as various fees and further fines associated with her failure to properly pay the original fine, M.G. would go to jail.

5.      M.G. was directed to pay the court fines through various means, including the use of multiple money transfer businesses.  At the direction of **Simmons**, and coconspirators known and unknown to the Grand Jury, M.G. sent cash through the use of Coinstar transactions dba Coinme, Cash App transfers, Money Gram and Zelle.  M.G. sent money through these various means while in the Northern District of Texas.

6.      Accordingly, as a result of **Simmons'** deception, in less than one month, M.G. gave over $230,000 in money to **Simmons** and coconspirators both known and unknown to the Grand Jury.

## Count One
### Conspiracy to Commit Wire Fraud
### [Violation of 18 U.S.C. § 1349 (18 U.S.C. § 1343)]

7.    The Grand Jury realleges and incorporates by reference the introduction and Scheme and Artifice to Defraud allegations contained in paragraphs one through six of this Indictment, as if fully set forth herein.

8.    Starting in or about April 2023 and continuing until in or about May 2023, in the Northern District of Texas and elsewhere, defendant **Larry Simmons** and coconspirators known and unknown to the grand jury did knowingly and willfully combine, conspire, confederate, and agree with each other to commit the offense of wire fraud, in violation of 18 U.S.C. § 1343, by transmitting in interstate commerce, by means of wire and radio communications, certain writings, signs, signals, and sounds, for the purpose of executing and attempting to execute the aforesaid scheme and artifice to defraud and to obtain money and property from M. G. by means of false and fraudulent pretenses and representations.

### Objects of the Conspiracy

9.    The object of the conspiracy was to unlawfully defraud M.G. of money by falsely claiming that M.G. failed to comply with a fictitious federal subpoena.

10.    It was further the object of the conspiracy to unlawfully defraud M.G. of money by falsely claiming that M.G. had various fines associated with violating multiple fictitious rules of the court.

### Manner and Means of the Conspiracy

11. In furtherance of the conspiracy and joint scheme and artifice to defraud:

a.    **Simmons** and coconspirators known and unknown to the grand jury told M.G. that she violated an expert witness subpoena for a federal district court ordered by a federal judge.

b.    **Simmons** and coconspirators known and unknown to the grand jury told M.G. that as a result of disregarding the subpoena she would have to pay surety bonds totaling $9,800 in cash that same day otherwise she could go to jail.

c.    **Simmons** and coconspirators known and unknown to the grand jury gave instructions to M.G. to pay the court using the money transfer businesses Coinme, Cash App, Money Gram, Venmo and Zelle.

d.    **Simmons** and coconspirators known and unknown to the grand jury received money that M.G. sent via money transfer businesses.

e.    **Simmons** and coconspirators known and unknown to the grand jury told M.G. that she needed to pay for a signature analysis test and additional fees associated with the subpoena violation.

f.    **Simmons** and coconspirators known and unknown to the grand jury told M.G. that she had to repay some of the monies she already sent because she should not have transferred money via Zelle even though that is what they previously directed her to do.

g.    **Simmons** and coconspirators known and unknown to the grand jury told M.G. that based upon a payment processing error she would need to pay again the $23,000 she had already sent associated with the violation.

h.      **Simmons** and coconspirators known and unknown to the grand jury instructed M.G. that she needed to check in via phone when she woke up in the morning and when she went to bed at night on a daily basis.

i.      Throughout the scheme, **Simmons** and coconspirators known and unknown to the grand jury repeatedly presented M.G. with two options:  pay the amount we are telling you to pay or go to jail.

j.      **Simmons** and coconspirators known and unknown to the grand jury told M.G. she had to pay $5,000 in additional fines for "Disobeying Judge's Orders" by having too much background noise come through her phone when she was on the phone with "court staff."

k.      **Simmons** and coconspirators known and unknown to the grand jury told M.G. that she had to pay $50,000 in additional fines because she violated a "court gag order."

l.      **Simmons** and coconspirators known and unknown to the grand jury directed M.G. to pay the $50,000 "gag order fine" in cash to a "NCIC agent" at a location in San Antonio, Texas.

m.      As a result of the directions given by **Simmons** and coconspirators known and unknown to the grand jury related to the gag order fine, M.G. handed $50,000 in cash to a male purporting to be "NCIC Agent Michael Garza."

n.      **Simmons** and coconspirators known and unknown to the grand jury told M.G. that she violated a "standard check in" and was required to pay a $50,000 fine.

o.      **Simmons** and coconspirators known and unknown to the grand jury directed M.G. to pay the $50,000 "check in fine" in cash to a "NCIC agent" at a location in San Antonio, Texas.

p.      As a result of the directions given by **Simmons** and coconspirators known and unknown to the grand jury related to the "check in fine," M.G. handed $50,000 in cash to a female purporting to be "NCIC Agent Holt."

q.      **Simmons** and coconspirators known and unknown to the grand jury told M.G. that NCIC Agent Holt was not authorized to have accepted her $50,000 in cash and because of the error in the payment processing system M.G. needed to now pay $100,000 and there were no exceptions since she had the money to pay it.

r.      As a result of the directions given by **Simmons** and coconspirators known and unknown to the grand jury related to the system processing error, M.G. handed $93,000 in cash to a male purporting to be "NCIC Agent Michael Garza."

All in violation of 18 U.S.C. § 1349 (18 U.S.C. § 1343).

## [NOTHING FURTHER ON THIS PAGE]

**Counts Two through Forty-Five**
**Wire Fraud**
**[Violation of 18 U.S.C. § 1343]**

12.     The Grand Jury realleges and incorporates by reference the allegation contained in paragraphs one through eleven of this Indictment, as it fully set forth herein.

13.     From in or about April 2023 and continuing until in or about May 2023, in the Northern District of Texas, the defendant, **Larry Simmons**, aided and abetted by others known and unknown, having knowingly and intentionally devised and intended to devise a scheme and artifice to defraud the victim, M.G., and to obtain money by means of false and fraudulent pretenses, representations, and promises, as described in paragraphs one through eight of this Indictment, transmitted or caused to be transmitted by means of wire communication in interstate commerce writings, signs, signals, pictures and sounds for the purpose of executing the scheme or artifice, to wit: financial transactions between money transfer locations in Texas and out-of-state servers, on or about the dates described below, each such transmission constituting a separate count:

| Count | Date | Money Exchange Company | Transaction | Amount |
|-------|------|------------------------|-------------|--------|
| 2 | 4/13/23 | Cash App | Currency transfer #7719 | $500.00 |
| 3 | 4/13/23 | Cash App | Currency transfer #4135 | $500.00 |
| 4 | 4/13/23 | Cash App | Currency transfer #4424 | $500.00 |
| 5 | 4/13/23 | Cash App | Currency transfer #2476 | $500.00 |

| 6 | 4/13/23 | Cash App | Currency transfer #5859 | $500.00 |
|---|---------|----------|------------------------|---------|
| 7 | 4/13/23 | Cash App | Currency transfer #6705 | $500.00 |
| 8 | 4/13/23 | Cash App | Currency transfer #7000 | $500.00 |
| 9 | 4/13/23 | Cash App | Currency transfer #8123 | $500.00 |
| 10 | 4/13/23 | Cash App | Currency transfer #0749 | $500.00 |
| 11 | 4/13/23 | Cash App | Currency transfer #3923 | $500.00 |
| 12 | 4/13/23 | Cash App | Currency transfer #8745 | $500.00 |
| 13 | 4/13/23 | Cash App | Currency transfer #1410 | $500.00 |
| 14 | 4/13/23 | Cash App | Currency transfer #0459 | $500.00 |
| 15 | 4/13/23 | Cash App | Currency transfer #9749 | $500.00 |
| 16 | 4/13/23 | Zelle | Currency transfer #8KYG | $1,000.00 |
| 17 | 4/13/23 | Zelle | Currency transfer #NTYS | $700.00 |
| 18 | 4/13/23 | Cash App | Currency transfer #8250 | $500.00 |
| 19 | 4/14/23 | Coinme | Currency transfer #60086 | $2,500.00 |
| 20 | 4/14/23 | Coinme | Currency transfer #60087 | $2,890.00 |
| 21 | 4/14/23 | Coinme | Currency transfer #60089 | $1,201.00 |
| 22 | 4/14/23 | Zelle | Currency transfer #TCJY | $1,000.00 |
| 23 | 4/14/23 | Zelle | Currency transfer #RY3Q | $700 |

| 24 | 4/14/23 | Cash App | Currency transfer 7#4996 | $500.00 |
|----|---------|----------|--------------------------|---------|
| 25 | 4/14/23 | Cash App | Currency transfer #5663 | $500.00 |
| 26 | 4/17/23 | Money Gram | Currency transfer #3209 | $2,500.00 |
| 27 | 4/17/23 | Coinme | Currency transfer #60106 | $2,900.00 |
| 28 | 4/17/23 | Coinme | Currency transfer #60107 | $1,100.00 |
| 29 | 4/18/23 | Cash App | Currency transfer #1855 | $500.00 |
| 30 | 4/18/23 | Cash App | Currency transfer #0840 | $500.00 |
| 31 | 4/18/23 | Cash App | Currency transfer #7448 | $500.00 |
| 32 | 4/18/23 | Cash App | Currency transfer #4862 | $500.00 |
| 33 | 4/18/23 | Money Gram | Currency transfer #4744 | $2,500.00 |
| 34 | 4/18/23 | Money Gram | Currency transfer #8759 | $2,500.00 |
| 35 | 4/18/23 | Coinme | Currency transfer #60112 | $2,900.00 |
| 36 | 4/18/23 | Coinme | Currency transfer #60115 | $990.00 |
| 37 | 4/18/23 | Coinme | Currency transfer #123758 | $1,910.00 |
| 38 | 4/18/23 | Coinme | Currency transfer #123759 | $2,900.00 |
| 39 | 4/18/23 | Coinme | Currency transfer #123760 | $1,700.00 |
| 40 | 4/19/23 | Coinme | Currency transfer #60123 | $2,900.00 |
| 41 | 4/19/23 | Coinme | Currency transfer #60124 | $2,900.00 |

| 42 | 4/19/23 | Coinme | Currency transfer #60125 | $2,300.00 |
| 43 | 4/26/23 | Coinme | Currency transfer #60157 | $2,900.00 |
| 44 | 4/26/23 | Coinme | Currency transfer #60158 | $2,900.00 |
| 45 | 4/26/23 | Coinme | Currency transfer #123804 | $1,200.00 |

Each in violation of 18 U.S.C. § 1343 and 18 U.S.C. § 2.

### Count Forty-Six
### False Impersonation of a Federal Officer or Employee
### [Violation of 18 U.S.C. § 912]

14.     The Grand Jury realleges and incorporates by reference the allegations contained in paragraphs one through eleven of this Indictment, as if fully set forth herein.

15.     From in or around April 2023 through in or around May 2023, in the Northern District of Texas, the defendant, **Larry Simmons**, falsely assumed and pretended to be an officer and employee acting under the authority of the United States or any department, agency or office thereof, that is, a deputy of the Federal District Court, and acted as such, and in such assumed and pretended character, knowingly with intent to defraud, demanded and obtained money totaling approximately $239,000 from the victim, M.G..

In violation of 18 U.S.C. § 912.

A TRUE BILL

_____

FOREPERSON

LEIGHA SIMONTON
UNITED STATES ATTORNEY

_____

DONNA STRITTMATTER MAX
Assistant United States Attorney
Texas Bar No. 24041984
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: 214-659-8642
Email: donna.max@usdoj.gov

**Indictment—Page 12**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

THE UNITED STATES OF AMERICA

v.

LARRY SIMMONS

SEALED INDICTMENT

18 U.S.C. § 1349 (18 U.S.C. § 1343)
Conspiracy to Commit Wire Fraud
(Count 1)

18 U.S.C. § 1343
Wire Fraud
(Counts 2 – 45)

18 U.S.C. § 912
False Impersonation of a Federal Officer or Employee
(Count 46)

46 Counts

A true bill rendered

-------------------------------------------------------------------------------
DALLAS _____ FOREPERSON

Filed in open court this __3rd__ day of December, 2024.

-------------------------------------------------------------------------------

**Warrant to be Issued**

-------------------------------------------------------------------------------

UNITED STATES MAGISTRATE JUDGE
No Criminal Matter Pending